UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:05-CR-191-T-30EAJ

**JANE M. COOK**
_____/

# ORDER

**THIS CAUSE** came on to be considered upon the Request for Leave to File Dismissal (Dkt. # 58). Upon review and consideration, it is

**ORDERED AND ADJUDGED** that:

1. The Request for Leave to File Dismissal (Dkt. # 58) is GRANTED.

2. This case is DISMISSED.

3. All pending motions are denied as moot.

4. Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Tampa, Florida on March 30, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cr-191.dismissal 2.wpd